IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CIVIL ACTION NO. 1:06-0532

TWO REAL PROPERTIES SITUATED
IN BLUEFIELD, MERCER COUNTY,
WEST VIRGINIA, TOGETHER WITH
ALL IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,

    Defendants.

(Maurice Taft Gibson,
 Criminal No. 1:05-00126-01;

 Tonya S. Gibson,
 Criminal No. 1:05-00126-05)

### MEMORANDUM OPINION AND ORDER

        According to the docket sheet in this matter, more than two years have elapsed since the government has taken any action in this case. Accordingly, it appears to the court that the United States has abandoned this action.

        THE UNITED STATES IS HEREBY INFORMED THAT IT HAS UNTIL AUGUST 3, 2009, TO INFORM THE COURT IF IT WISHES TO PROCEED WITH THIS ACTION. FAILURE ON THE PART OF PLAINTIFF TO DO SO WILL RESULT IN DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE.

        The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record.

        IT IS SO **ORDERED** this 2nd day of July, 2009.

                                    ENTER:

                                    David A. Faber
                                    Senior United States District Judge